[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11183
Non-Argument Calendar
_____

D.C. Docket No. 3:16-cr-00154-BJD-JBT-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW RYAN LESLIE,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 9, 2018)

Before MARCUS, ROSENBAUM, and GRANT, Circuit Judges.

PER CURIAM:

The Office of the Federal Defender, appointed counsel for Andrew Leslie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Leslie has also filed a motion for appointment of new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Leslie's convictions and sentences are **AFFIRMED**, and Leslie's motion for appointment of new counsel is **DENIED** as moot.